```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONE DEAL ENTERPRISES, LLC,               :
                                          :
                  Plaintiff,              :
                                          :   No. 11 Civ. 5336 (JFK)
         v.                               :
                                          :
DWAYNE CARTER, UNIVERSAL MUSIC            :   **STIPULATION OF**
GROUP, CASH MONEY RECORDS, INC., and      :   **DISMISSAL WITH PREJUDICE**
YOUNG MONEY ENTERTAINMENT, LLC,           :
                                          :
                  Defendants.             :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for Plaintiff Done Deal Enterprises, LLC and Defendants Dwayne Carter, Universal Music Group, Cash Money Records, Inc., and Young Money Entertainment, LLC (collectively, "Defendants"), that any claims asserted by Plaintiff in the above captioned matter are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Nothing herein is intended to affect any right of Defendants to recover their attorneys' fees and costs as a prevailing party.

Dated: September 27, 2012
       New York, New York

| | |
|---|---|
| /s/ Victor A. Dunlop | /s/ Cynthia S. Arato |
| VICTOR A. DUNLOP | CYNTHIA S. ARATO |
| The Bentil Firm, PC | SHAPIRO, ARATO & ISSERLES LLP |
| 10 Drake Lane | The Grace Building |
| White Plains, New York 10607 | 1114 Avenue of the Americas |
| Tel.: 914-909-6611 | 45th Floor |
| Fax: 914-345-9899 | New York, New York 10036 |
| | Tel.: 212-479-6724 |
| *Attorneys for Plaintiff* | Fax: 212-202-6417 |
| | carato@shapiroarato.com |
| | *Attorneys for Defendants* |

SO ORDERED:

/s/ John F. Keenan  10/1/12

Hon. John F. Keenan
United States District Judge